# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150834

LINDITA PIRGU, Guardian and Conservator of
the Estate of FERIDON PIRGU, a Legally
Incapacitated Person,
           Plaintiff-Appellant,

v

UNITED SERVICES AUTOMOBILE
ASSOCIATION, d/b/a USAA INSURANCE
AGENCY, INC.,
           Defendant-Appellee.

SC: 150834
COA: 314523
Oakland CC: 2011-119378-NI

_____/

      On order of the Court, the application for leave to appeal the December 16, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether: (1) the determination of reasonable attorney fees under MCL 500.3148(1) is governed by *Smith v Khouri*, 481 Mich 519 (2008), and/or *Wood v DAIIE*, 413 Mich 573 (1982), and (2) the Oakland Circuit Court abused its discretion in calculating the attorney fees due the plaintiff. The parties should not submit mere restatements of their application papers.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2015

Clerk

s0630